UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-010-EFS-1 |
| Plaintiff, ) | |
| ) | ORDER GRANTING IN PART |
| v. ) | DEFENDANT'S MOTION TO |
| ) | RECONSIDER |
| BRANO MILOVANOVIC, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to Reconsider Parts of Order Allowing Release and To Modify Conditions of Release (Ct. Rec. 39). The United States objects to modification of the release conditions, but does not object to extending the deadline for posting the property bond.

Defendant's unopposed request in the Motion to Reconsider **(Ct. Rec. 39)** to extend the deadline to post the property is **GRANTED.** Defendant shall post the property bond required by this court's Order setting conditions of release (Ct. Rec. 32) by the close of business, **March 3, 2008.**

Defendant's request to modify the bond is **DENIED.**

DATED February 13, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO RECONSIDER – 1