UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-010-EFS-1 |
| Plaintiff, ) | |
| ) | ORDER MODIFYING CONDITIONS |
| v. ) | OF RELEASE AND GRANTING IN |
| ) | PART DEFENDANT'S SECOND |
| BRANO MILOVANOVIC, ) | MOTION FOR RECONSIDERATION |
| ) | |
| Defendant. ) | |

At the April 1, 2008, hearing on Defendant's second Motion to Reconsider, Assistant Federal Defender Robert Fischer appeared with Defendant; Assistant U.S. Attorney Joseph H. Harrington represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds that the cash Defendant originally had available for a bond has been seized and is unavailable. Defendant and his spouse also have posted unsecured appearance bonds in amounts totaling $120,000.00. In addition, the undersigned finds there is no need for a random urinalysis testing condition in the captioned matter. Accordingly,

**IT IS ORDERED**:

1. The court's previous Order setting conditions of release is **MODIFIED** to reflect that Defendant shall not undergo random drug testing.

2. Defendant's second Motion to Reconsider **(Ct. Rec. 125)** is

ORDER MODIFYING CONDITIONS OF RELEASE AND GRANTING IN PART
DEFENDANT'S SECOND MOTION FOR RECONSIDERATION - 1

1 **GRANTED IN PART.** The court's previous Order (Ct. Rec. 117) requiring a percentage bond is **MODIFIED** to reflect the percentage bond is not required. The unsecured appearance bonds shall remain in place.

DATED April 2, 2008.

                 S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE